UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| BRITTANY HARRIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:11CV1685 HEA |
| ) | |
| SOCIAL SECURITY ADMINISTRATION, ) | |
| ) | |
| Defendant. ) | |

### MEMORANDUM AND ORDER

This matter is before the Court sua sponte. On October 13, 2011, the Court ordered plaintiff to pay the statutory filing fee of $350.00, or to submit a fully completed CJA Form 23 (financial affidavit), within thirty days [Doc. #3]. To date, plaintiff has failed to comply with the Court's Order; however, rather than dismiss the instant action at this time, the Court will afford plaintiff one last opportunity to comply.

In accordance with the foregoing,

**IT IS HEREBY ORDERED** that, **on or before December 21, 2011**, plaintiff shall pay the statutory filing fee of $350.00, or submit a fully completed CJA Form 23 (financial affidavit).

**IT IS FURTHER ORDERED** that if plaintiff fails to pay the filing fee or to submit a fully-completed CJA Form 23 on or before December 21, 2011, this case shall be dismissed, without prejudice.

Dated this 9th day of December, 2011.

HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE