# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
### EASTERN DIVISION

BRITTANY HARRIS,                          )
                                          )
        Plaintiff,                )
                                          )
      v.                          )          No. 4:11CV1685  HEA
                                          )
SOCIAL SECURITY ADMINISTRATION,           )
                                          )
        Defendant.                )

## ORDER OF DISMISSAL

This matter is before the Court sua sponte.  On October 13, 2011, the Court ordered plaintiff to pay the statutory filing fee of $350.00, or to submit a fully completed CJA Form 23 (financial affidavit), within thirty days [Doc. #3].  Plaintiff did not comply with this Order.  On December 9, 2011, the Court sua sponte extended the compliance date to December 21, 2011, and stated that if plaintiff again failed to comply, this case would be dismissed [Doc. #4].  To date, plaintiff has failed to pay the $350 filing fee or submit a fully completed CJA Form 23, and her time for doing so has expired.

In accordance with the foregoing,

**IT IS HEREBY ORDERED** that the instant action is **DISMISSED**, without prejudice, for plaintiff's failure to comply with this Court's Orders of October 13 and December 21, 2011.  *See* Fed. R. Civ. P. 41(b).

**IT IS HEREBY CERTIFIED** that, pursuant to 28 U.S.C. § 1915(a), an appeal from this dismissal would not be taken in good faith.

Dated this 5th day of January, 2012.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE